IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIA MARIE VOWELL,<br><br>Defendant. | 8:20CR108<br><br>ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [15].  Counsel needs additional time in order to make further attempts to find a mutually acceptable resolution. For good cause shown,
.

    **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [15] is granted, as follows:

1. The jury trial, now set for August 18, 2020, is continued to **October 27, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 27, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    Dated this 29th day of July 2020.

                                        BY THE COURT:

                                        s/Susan M. Bazis
                                        United States Magistrate Judge