IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR108 |
| vs. | ORDER |
| TRICIA MARIE VOWELL, | |
| Defendant. | |

This matter is before the court on the defendant's motion to extend her self surrender date to September 28, 2021 (Filing No. 57). After considering the matter, the court will grant the motion.

IT IS ORDERED that defendant's motion is granted, and the defendant's self surrender date is continued to on or before September 28, 2021. The Clerk shall provide a certified copy of this Order to the United States Marshal for this district.

Dated this 2nd day of September, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge