IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRICIA MARIE VOWELL,<br><br>    Defendant. | 8:20CR108<br><br>**AMMENDED ORDER** |

This matter is before the Court on the defendant's motion to extend her self-surrender date of September 28, 2021 by six weeks (Filing No. 57). After considering the matter, the Court will grant the motion.

IT IS ORDERED that defendant's motion is granted, and the defendant's self-surrender date is extended to on or before November 9, 2021. The Clerk shall provide a certified copy of this Order to the United States Marshal for this district.

Dated this 2nd day of September, 2021.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge