IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TRICIA MARIE VOWELL,<br><br>           Defendant. | 8:20CR108<br><br>**ORDER** |

This matter is before the Court on the defendant's motion to extend her self-surrender date of November 9, 2021 by six weeks (Filing No. 61). After considering the matter, the Court will grant the motion.

IT IS ORDERED that defendant's motion is granted, and the defendant's self-surrender date is extended to on or before January 5, 2022. The Clerk shall provide a certified copy of this Order to the United States Marshal for this district.

Dated this 22nd day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge